# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. KNIGHT,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MIKE MCDONALD, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 12-1715-PA (JEM)<br><br>J U D G M E N T |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 16, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE